AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Daniel L. Simon,

V.

Choice Hotels International, Inc.,
New England Resort Management, LLC
 d/b/a Clarion Nantasket Beach Hotel
Ferdinand J. Kiley.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-10716 RWZ**

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
New England Resort Management, LLC
d/b/a Clarion Nantasket Beach Hotel
538 Nantasket Avenue
Hull, MA 02045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114

(617) 532-2666

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



DATE  4-9-04



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

April 20, 2004

I hereby certify and return that on 4/15/2004 at 03:30 pm I served a true and attested copy of the summons and complaint with jury demand in this action in the following manner: To wit, by delivering in hand to Barbara Kiley, agent, person in charge at the time of service for New England Resort Management, LLC, d/b/a Clarion Nantasket Beach Hotel, at , 538 Nantasket Avenue, Hull, MA 02045. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($12.80) Total Charges $53.30

Deputy Sheriff Robert C. Greek             /s/ Robert C. Greek
                                              Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server


              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>X Q                              4/14/04 |
| 1. Article Addressed to:<br>Any Officer, Managing or General Agent<br>Choice Hotels International, Inc.<br>10750 Columbia Pike<br>Silver Spring, MD 20901 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1940 0005 3542 1183 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 1940 0005 3542 1183

OFFICIAL USE
SILVER SPRING, MD 20901

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0009 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCPKHM |
| Total Postage & Fees | $ 4.65 | 04/12/04 |

Sent To: Choice Hotels Int'l, Inc.
Street, Apt. No.; or PO Box No. 10750 Columbia Pike
City, State, ZIP+4 Silver Spring, MD 20901

PS Form 3800, January 2001   See Reverse for Instructions