AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Daniel L. Simon,

**SUMMONS IN A CIVIL CASE**

V.

Choice Hotels International, Inc.,
New England Resort Management, LLC
  d/b/a Clarion Nantasket Beach Hotel
Ferdinand J. Kiley.

CASE NUMBER:

**04-10716 RWZ**

TO: (Name and address of Defendant)

Ferdinand J. Kiley
97 Beach Avenue
Hull, MA 02045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114

(617) 532-2666

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-9-04

CLERK

(By) DEPUTY CLERK



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

April 20, 2004

I hereby certify and return that on 4/15/2004 at 03:00 pm I served a true and attested copy of the summons and complaint with jury demand in this action in the following manner: To wit, by delivering in hand to Ferdinand J. Kiley at , 97 Beach Avenue, Hull, MA 02045. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($12.80) Total Charges $53.30 Left with adult female, Rubyilla Kiley

Deputy Sheriff Robert C. Greek

*Deputy Sheriff*

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                         *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Any Officer, Managing or
   General Agent
   Choice Hotels International, Inc.
   10750 Columbia Pike
   Silver Spring, MD 20901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   X Q                            4/14/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0005 3542 1183

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE
SILVER SPRING, MD 20901

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0009 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCPKHM |
| Total Postage & Fees | $ 4.65 | 04/12/04 |

Sent To: Choice Hotels Int'l, Inc.
Street, Apt. No.; or PO Box No.: 10750 Columbia Pike
City, State, ZIP+4: Silver Spring, MD 20901

PS Form 3800, January 2001    See Reverse for Instructions

7001 1940 0005 3542 1183