AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Daniel L. Simon,

**SUMMONS IN A CIVIL CASE**

V.

Choice Hotels International, Inc.,
New England Resort Management, LLC
   d/b/a Clarion Nantasket Beach Hotel
Ferdinand J. Kiley.

CASE NUMBER:

**04-10716 RWZ**

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
Choice Hotels International, Inc.
10750 Columbia Pike
Silver Spring, MD 20901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA  02114

(617) 532-2666

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-9-04

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/12/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PAUL F. WOOD | ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to Fed.R.Civ.P 4(h) and Mass.R.Civ.P. 4(e) by serving two copies of the Summons and Complaint upon this Defendant at its principal place of business via U.S. Certified Mail on 4/12/04.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/04
             Date                    Signature of Server

Law Office of Paul F. Wood P.C.
Address of Server   45 Bowdoin Street
Boston, Massachusetts 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:04-cv-10716-RWZ    Document 4    Filed 04/22/2004    Page 3 of 3

