UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL L. SIMON,
    Plaintiff

v.

CHOICE HOTELS INTERNATIONAL, INC.,
NEW ENGLAND RESORT MANAGEMENT,
LLC d/b/a CLARION NANTASKET BEACH
HOTEL, FERDINAND J. KILEY,
    Defendants

CIVIL ACTION
NO. 04-10716 RWZ

## DEFENDANT, CHOICE HOTELS INTERNATIONAL, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT AND ITS JURY CLAIM

## DEFENDANT CLAIMS A TRIAL BY JURY

Now comes the defendant, Choice Hotels International, Inc., and makes this its answer to the plaintiff's complaint.

## FIRST DEFENSE

Choice Hotels International, Inc. responds to the specific allegations of the complaint as follows. Numbered paragraphs correspond to those of the complaint.

1. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

2. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

3. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

4. The defendant admits.

5. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

6. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

7. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

8. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

9. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

10. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

11. The defendant denies.

12. The defendant denies.

13. The defendant denies.

14. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

15. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

16. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

17. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

18. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

19. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

20. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

21. The defendant neither admits nor denies the allegations, as it is without information or knowledge sufficient to form a belief as to their truth.

## COUNT I

22. The defendant adopts by reference all of its answers to the above allegations.

23. The defendant denies.

24. The defendant denies.

25. The defendant denies.

26. The defendant denies.

Wherefore, the defendant, Choice Hotels International, Inc. denies that the plaintiff is entitled to judgment, punitive damages, interest, attorneys' fees and costs.

## COUNT II

27. The defendant adopts by reference all of its answers to the above allegations.

28. The defendant denies.

29. The defendant denies.

30. The defendant denies.

31. The defendant denies.

32. The defendant denies.

Wherefore, the defendant, Choice Hotels International, Inc. denies that the plaintiff is entitled to judgment, punitive damages, interest, attorneys' fees and costs.

## COUNT III

33.-35. These paragraphs are not addressed to the defendant, Choice Hotels International, Inc. and no response is therefore necessary. To the extent that any may be deemed to apply, Choice Hotels International, Inc. denies them.

## SECOND DEFENSE

The defendant says that the Court lacks subject matter jurisdiction over this action.

## THIRD DEFENSE

Plaintiff's complaint fails to state a claim on which the requested relief may be granted.

### FOURTH DEFENSE

Plaintiff has not exhausted his administrative remedies.

### FIFTH DEFENSE

Plaintiff's claims are barred by the doctrines of collateral estoppel and/or res judicata.

### SIXTH DEFENSE

The plaintiff has released the claims set out in his complaint.

### SEVENTH DEFENSE

The plaintiff's claims are barred as a result of the plaintiff's failure to resort to and/or exhaust his administrative remedies pursuant to M.G.L. c. 151B, and/or due to the operation of the exclusurty provision of M.G.L. c. 151B and/or M.G.L. c. 152.

### EIGHTH DEFENSE

The defendant says that this action and all other associated proceedings were not commenced within the time required by the laws providing therefor.

### NINTH DEFENSE

The defendant, Choice Hotels International, Inc. says that the plaintiff's injuries, losses and damages, if any, were caused by organizations and individuals for whose conduct the defendant is not responsible.

### TENTH DEFENSE

Choice Hotels International, Inc. did not own or operate the hotel at which plaintiff was at one time employed, nor has it ever employed plaintiff or any of the persons referred to in the complaint.

### ELEVENTH DEFENSE

The defendant says that it did not employ New England Resort Management, LLC or Ferdinand J. Kiley, nor did it know of or have the opportunity to learn what they are alleged to have done.

### TWELFTH DEFENSE

The defendant says that it acted reasonably, in good faith and that its conduct consisted of bona fide business decisions.

### THIRTEENTH DEFENSE

The plaintiff is barred from recovery by his material and substantial breaches of agreement.

### FOURTEENTH DEFENSE

The plaintiff has failed to take adequate steps to mitigate his alleged damages.

### FIFTEENTH DEFENSE

Defendant did not engage in any discriminatory employment practices.

### SIXTEENTH DEFENSE

Plaintiff lacks objective, reasonable beliefs that defendant engaged in any

discriminatory practices.

## SEVENTEENTH DEFENSE

Plaintiff was dismissed from his employment for legitimate, non-discriminatory, non-pretextual reasons.

## DEFENDANT CLAIMS A TRIAL BY JURY

                Attorney for the Defendant,
                Choice Hotels International, Inc.,

                /s/ Allen Whitestone
                Allen Whitestone, Esq.
                Latronico, Black, Cetkovic & Whitestone
                200 Berkeley Street
                Boston, MA 02116
                BBO# 526200
                (617) 236-1900

## CERTIFICATE OF SERVICE

I, Allen Whitestone, hereby certify that I have mailed a copy of the foregoing document(s), postage prepaid, to:

Paul F. Wood, Esq.
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114

Kevin Hern, Jr., Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108-2003

DATED: May 19, 2004

Allen Whitestone, Esquire
BBO #526200
Latronico, Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116
(617) 236-1900