UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DANIEL L. SIMON,

    Plaintiff

v.

CHOICE HOTELS INTERNATONAL,
INC., ET AL.,

    Defendants

Civil Action
No. 04-10716-RWZ

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for New England Resort Management, Inc., and Ferdinand J. Kiley, III.

NEW ENGLAND RESORT MANAGEMENT,
INC. and FERDINAND J. KILEY, III

By their Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: May 20, 2004

_____
Kevin Hern, Jr., BBO #231905A
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Kevin Hern, Jr. hereby certify that on this 20 day of May, 2004, I caused the foregoing Notice of Appearance to be served by ~~hand~~/first class mail, postage prepaid upon all counsel of record.

_____
Kevin Hern, Jr.

831339.1