UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL L. SIMON,<br><br>    Plaintiff<br><br>v.<br><br>CHOICE HOTELS INTERNATONAL,<br>INC., ET AL.,<br><br>    Defendants | Civil Action<br>No. 04-10716-RWZ |

## CORPORATE DISCLOSURE STATEMENT

New England Resort Management, LLC. has no parent corporation, and no publicly traded corporation owns ten percent (10%) or more of its stock.

NEW ENGLAND RESORT
MANAGEMENT, LLC.

_____
Name: Ferdinand J. Kiley, III
Title: Manager

### CERTIFICATE OF SERVICE

I, Kevin Hern, Jr. hereby certify that on this 20th day of May, 2004, I caused the foregoing Notice of Appearance to be served by ~~hand~~/first class mail, postage prepaid upon:

Alan Whitestone
Latronico, Black, Cetkovic & Whitestone
200 Berkeley Street
Boston Massachusetts 02116

Paul F. Wood, Esquire
Law Offices of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, Massachusetts 02114

_____
Kevin Hern, Jr.

831389.1