UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL L. SIMON,<br>    Plaintiff<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.,<br>NEW ENGLAND RESORT MANAGEMENT,<br>LLC d/b/a CLARION NANTASKET BEACH<br>HOTEL, FERDINAND J. KILEY,<br>    Defendants | CIVIL ACTION<br>NO. 04-10716 RWZ |

## AFFIDAVIT OF JAMES G. HEALY

I, James G. Healy, do hereby depose and state the following:

1. I am an Assistant General Counsel of Choice Hotels International, Inc.

2. I have conferred with litigation counsel for Choice Hotels International, Inc. regarding the establishment of a budget for this litigation and other alternative courses which may be necessary to resolve this matter.

3. I have reviewed the possible use of Alternative Dispute Resolution with counsel and we agree to defer a decision until the conclusion of discovery.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 5/20/04

_____
JAMES G. HEALY
Assistant General Counsel