UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL L. SIMON,<br>    Plaintiff<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.,<br>NEW ENGLAND RESORT MANAGEMENT,<br>LLC d/b/a CLARION NANTASKET BEACH<br>HOTEL, FERDINAND J. KILEY,<br>    Defendants | )<br>)<br>)<br>)  **CIVIL ACTION**<br>)  **NO. 04-10716 RWZ**<br>)<br>)<br>)<br>)<br>)<br>) |

## CHOICE HOTELS INTERNATIONAL INC.'S
## CORPORATE DISCLOSURE STATEMENT
## (LOCAL RULE 7.3)

Choice Hotels International, Inc. by its Assistant General Counsel James G. Healy, states that:

1. Choice Hotels International, Inc. is a publicly traded corporation.

2. Choice Hotels International, Inc. has no affiliations with any other publicly traded entities.

3. No publicly owned company owns 10% or more of its stock.

Date: 5-20-04

James G. Healy
Assistant General Counsel