UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL L. SIMON,<br>      Plaintiff | )<br>)<br>) |
| v. | )  **CIVIL ACTION**<br>)  **NO. 04-10716 RWZ** |
| CHOICE HOTELS INTERNATIONAL, INC.,<br>NEW ENGLAND RESORT MANAGEMENT,<br>LLC d/b/a CLARION NANTASKET BEACH<br>HOTEL, FERDINAND J. KILEY,<br>      Defendants | )<br>)<br>)<br>)<br>) |

## CHOICE HOTELS INTERNATIONAL, INC.'S CERTIFICATION

## LOCAL RULE 16.1(D)(3)

Choice Hotels International, Inc. hereby certifies that it has conferred with its

litigation counsel as follows:

a.      with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - of the litigation; and

b.      to consider the resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in L.R. 16.4.

James G. Healy
Assistant General Counsel
Date: 5/20/04

Allen Whitestone, Esq.
BBO #526200
Latronico, Black, Cetkovic & Whitestone
200 Berkeley Street
Boston, MA 02116
(617) 236-1900