UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Daniel L. Simon,                    )
                                    )
       Plaintiff,                   )      CIVIL ACTION NO.
                                    )      04-10716 RWZ
vs.                                 )
                                    )
Choice Hotels International, Inc.,  )
New England Resort Management,      )
 LLC d/b/a Clarion Nantasket        )
 Beach Hotel,                       )
Ferdinand J. Kiley,                 )
                                    )
       Defendants.                  )
```

FILED IN CLERKS OFFICE
2004 JUN -2 P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _____   5-28-04
    Daniel L. Simon           Date

By: _____   5/27/04
    Paul F. Wood, BBO No. 565195   Date
    Law Office of Paul F. Wood, P.C.
    45 Bowdoin Street
    Boston, Massachusetts 02114
    (617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 6/2/04