UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Daniel L. Simon, | ) | |
| | ) | |
|   Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-10716 RWZ |
| vs. | ) | |
| | ) | |
| Choice Hotels International, Inc., | ) | |
| New England Resort Management, | ) | |
|  LLC d/b/a Clarion Nantasket | ) | |
|  Beach Hotel, | ) | |
| Ferdinand J. Kiley, | ) | |
| | ) | |
|   Defendants. | ) | |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Now come the Parties, by their respective counsel, and submit herein their Local Rule 16.1(D) Joint Statement:

(1)    Discovery Plan -

        **July 15, 2004:**    Automatic Required Disclosures served

        **December 31, 2004**:   Non-expert Discovery completed.

        **December 31, 2004**:   Plaintiff's Expert Disclosure served.

        **January 31, 2005:**   Defendants' Expert Disclosures served.

        **March 1, 2005**:    All expert discovery completed.

The Parties do not believe that phased discovery is appropriate in this action.

(2)    Proposed Schedule for the Filing of Motions -

        **April 1, 2005:**    All motions under Fed.R.Civ.P. 56 filed, with oppositions to be filed within twenty-one days thereafter.

        **June 1, 2005:**    The Parties will be ready for trial.

(3)  Certifications Signed by Counsel and Authorized Party Representatives -

The said Certifications will be filed by the Parties under separate cover.

Respectfully Submitted,

| | |
|---|---|
| Daniel L. Simon | All Defendants |
| By his attorney, | By their attorney, |
| | |
| /s/ Paul F. Wood | /s/ Kevin Hern, Jr. (pfw w/permission) |
| Paul F. Wood, BBO 565195 | Kevin Hern, Jr., BBO# 231905A |
| Law Office of Paul F. Wood, P.C. | Riemer & Braunstein LLP |
| 45 Bowdoin Street | 3 Center Plaza |
| Boston, MA  02114 | Boston, MA 021081 |
| (617) 532-2666 | (617) 880-3554 |