UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 JUN 14 P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

DANIEL L. SIMON,

    Plaintiff

v.

CHOICE HOTELS INTERNATONAL, INC., ET AL.,

    Defendants

Civil Action
No. 04-10716-RWZ

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for Choice Hotels International, Inc.

CHOICE HOTELS INTERNATIONAL, INC.

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: June 04, 2004

_____
Kevin Hern, Jr., BBO #231905A
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Kevin Hern, Jr. hereby certify that on this 04 day of June, 2004, I caused the foregoing Notice of Appearance to be served by ~~hand~~/first class mail, postage prepaid upon all counsel of record.

_____
Kevin Hern, Jr.

837362.1