UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DANIEL L. SIMON,

    Plaintiff

v.

CHOICE HOTELS INTERNATONAL, INC., ET AL.,

    Defendants

Civil Action
No. 04-10716-RWZ

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as attorney for Choice Hotels International, Inc. in the above-entitled action.

CHOICE HOTELS INTERNATIONAL, INC.

By its Attorneys,
LATRONICO, BLACK, CETKOVIC & WHITESTONE

Dated: June 10, 2004

Alan Whitestone
Latronico, Black, Cetkovic & Whitestone
200 Berkeley Street
Boston Massachusetts 02116
(617) 236-1900

## CERTIFICATE OF SERVICE

I, Alan Whitestone, hereby certify that on this 10th day of June, 2004, I caused the foregoing Withdrawal of Appearance to be served by hand/first class mail, postage prepaid upon all counsel of record.

Alan Whitestone

837364.1