UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DANIEL L. SIMON,

        Plaintiff

v.

CHOICE HOTELS INTERNATIONAL INC., ET AL.,

        Defendant.

Civil Action No. 04-10716-RWZ

## MOTION TO POSTPONE SCHEDULING CONFERENCE (ASSENTED-TO)

Now come the defendants in the above-entitled action and move, with the assent of Plaintiff's counsel, to postpone the Scheduling Conference in this matter scheduled for Thursday, June 24, 2004 at 2:30 p.m. to another date convenient for the Court.

As grounds for this Motion, Defendant states that the undersigned counsel for the defendants, Kevin Hern, Jr., has recently learned of the death of an uncle, James Farren, and the funeral arrangements and related activities will conflict with the time scheduled by the Court for the Scheduling Conference in this matter. Accordingly, it is necessary to request a brief postponement of the Scheduling Conference to allow counsel to attend these events.

WHEREFORE, the Defendant respectfully requests that the Court postpone the Scheduling Conference in this matter.

        CHOICE HOTELS INTERNATIONAL, INC.; NEW ENGLAND RESORT MANAGEMENT, INC. and FERDINAND J. KILEY, III

        By their Attorneys,
        RIEMER & BRAUNSTEIN LLP

        s/Kevin Hern Jr
        Kevin Hern, Jr. BBO No. 231905A
        Riemer & Braunstein LLP
        Three Center Plaza
        Boston, MA 02108
        (617) 523-9000

ASSENTED TO:

DANIEL L. SIMON,

By his Attorneys,


s/Paul F. Wood (by permission)
Paul F. Wood, Esquire
Law Offices of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114