UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Daniel L. Simon, | ) | |
| | ) | |
|   Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-10716 RWZ |
| vs. | ) | |
| | ) | |
| Choice Hotels International, Inc., | ) | |
| New England Resort Management, | ) | |
|  LLC d/b/a Clarion  Nantasket | ) | |
|  Beach Hotel, | ) | |
| Ferdinand J. Kiley, | ) | |
| | ) | |
|   Defendants. | ) | |

<u>JOINT MOTION TO EXTEND DISCOVERY DEADLINE</u>

Now come the Parties, by their respective counsel, and respectfully request a brief sixty

(60) day extension of the discovery deadline in the above action, to and including **March 1,**

**2005**. As good cause for the allowance of the within motion, the Parties respectfully submit that:

1.      This is the first such extension requested by the Parties.

2.      The Parties request this extension due to scheduling constraints on other matters,

        including a state court trial for Plaintiff's counsel.

3.      The Parties are additionally engaged in settlement negotiations and the allowance of the

        within motion may further aid in the said negotiations and further promote the efficient

        use of the Parties' and the Court's resources..

4.      The allowance of the within motion will not affect any of the remaining deadlines in this

        action.

–1–

WHEREFORE, the Parties respectfully request that the within motion be ALLOWED.


Respectfully Submitted,

Daniel L. Simon                          All Defendants
By his attorney,                         By their attorney,


/s/ Paul F. Wood_____          /s/ Kevin Hern, Jr. (pfw w/permission)____
Paul F. Wood, BBO 565195                 Kevin Hern, Jr., BBO# 231905A
Law Office of Paul F. Wood, P.C.         Riemer & Braunstein LLP
45 Bowdoin Street                        3 Center Plaza
Boston, MA  02114                        Boston, MA 021081
(617) 532-2666                           (617) 880-3554