LAW OFFICE OF PAUL F. WOOD, P.C.

PAUL F. WOOD

TELEPHONE
617-532-2666

FACSIMILE
617-532-2667

E-MAIL
pfwatty@rcn.com

January 4, 2005

Lisa Urso, Courtroom Clerk to the
 Honorable Rya W. Zobel
United States District Court for the
 District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   **Simon v. Choice Hotels International, Inc., et als;
      USDC, D.Mass., C.A. No. 04-10716 RWZ**

Dear Ms. Urso:

   This is to confirm that you have continued the January 11, 2005 Status Conference in the above matter to a date subsequent to the conclusion of discovery and the mediation process. Please contact me immediately if you believe any of the above to be incorrect.

   I thank you for your kind attention to this matter.

Sincerely,

Paul F. Wood

PFW/rmb
cc: counsel of record

45 BOWDOIN STREET   BOSTON   MASSACHUSETTS 02114