UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel L. Simon,              ) | |
|    Plaintiff,      ) | CIVIL ACTION NO. |
|                     ) | 04-10716 RWZ |
| vs.                                   ) | |
|                     ) | |
| Choice Hotels International, Inc., ) | |
| New England Resort Management, ) | |
|  LLC d/b/a Clarion Nantasket  ) | |
|  Beach Hotel,              ) | |
| Ferdinand J. Kiley,            ) | |
|                     ) | |
|    Defendants.   ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that all claims in this action, and all claims which could have been brought in this action, shall be dismissed with prejudice and without costs, waiving all rights of Appeal.

Respectfully submitted,

| | |
|---|---|
| Daniel L. Simon | All Defendants |
| By his attorney, | By their attorney, |
| | |
| /s/ Paul F. Wood | /s/ Kevin Hern, Jr. (pfw w/permission) |
| Paul F. Wood, BBO 565195 | Kevin Hern, Jr., BBO# 231905A |
| Law Office of Paul F. Wood, P.C. | Riemer & Braunstein LLP |
| 45 Bowdoin Street | 3 Center Plaza |
| Boston, MA  02114 | Boston, MA 021081 |
| (617) 532-2666 | (617) 880-3554 |